# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  *Plaintiff.*  v.  **JUSTIN HYDE CERVANTES,**  *Defendant.* | **CRIMINAL ACTION NO. 3:23-cr-00012-TES-CHW-1** |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE

Before the Court is Defendant Justin Hyde Cervantes's Motion to Continue Trial [Doc. 23]. On April 12, 2023, the Government obtained an indictment charging Defendant with one count of Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of Title 21, U.S.C. § 846; two counts of Distribution of Methamphetamine, in violation of Title 21, U.S.C. § 841(a)(1) and Title 18, U.S.C. § 2; and Possession with Intent to Distribute Methamphetamine, in violation of Title 18, U.S.C. § 2. [Doc. 1]. In his arraignment before the magistrate judge on December 14, 2023, Defendant entered a plea of not guilty as to all counts. [Doc. 14].

Defendant seeks to continue trial because the Federal Defenders of the Middle District of Georgia, Inc., was just appointed to represent Defendant on December 14,

2023, and Defendant's counsel only filed her notice of appearance on December 15, 2023. *See* [Doc. 23, pp. 1–2]; [Doc. 13]; [Doc. 18]. Counsel has not yet received discovery from the Government, and Defendant will need time to review discovery once received. *See* [Doc. 23, pp. 1–2]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion to Continue Trial in the Interest of Justice [Doc. 23], and this case and its pretrial conference are **CONTINUED** to the Court's March trial term—beginning March 25, 2024. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 18th day of December, 2023.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**