IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  *Plaintiff.*  v.  **JUSTIN HYDE CERVANTES,**  *Defendant.* | **CRIMINAL ACTION NO. 3:23-cr-00012-TES-CHW-1** |

**ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE**

Before the Court is Defendant Justin Hyde Cervantes's Second Unopposed Motion to Continue Trial [Doc. 42]. On April 12, 2023, the Government obtained an indictment charging Defendant with one count of Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of Title 21, U.S.C. § 846; two counts of Distribution of Methamphetamine, in violation of Title 21, U.S.C. § 841(a)(1) and Title 18, U.S.C. § 2; and Possession with Intent to Distribute Methamphetamine, in violation of Title 18, U.S.C. § 2. [Doc. 1]. In his arraignment before the United States Magistrate Judge on December 14, 2023, Defendant entered a plea of not guilty as to all counts. [Doc. 14]. The Court previously granted Defendant a continuance on December 18, 2023. [Doc. 27].

Defendant now requests a second continuance because of the large amount of discovery that Defendant and counsel received last month. [Doc. 42, p. 2]. Specifically, the discovery contains numerous audio and video recordings, cell phone extraction reports, and over 1,600 pages of reports and photos, which counsel needs further time to review with the Defendant. [*Id*.]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion to Continue Trial in the Interest of Justice [Doc. 42], and this case and its pretrial conference are **CONTINUED** to the Court's April trial term—beginning April 22, 2024. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 21st day of February, 2024.

S/ Tilman E. Self, III<br>
**TILMAN E. SELF, III, JUDGE**<br>
**UNITED STATES DISTRICT COURT**