# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff.* v. **JUSTIN HYDE CERVANTES,** *Defendant.* | **CRIMINAL ACTION NO. 3:23-cr-00012-TES-CHW-1** |

## ORDER GRANTING DEFENDANT'S THIRD UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE

Before the Court is Defendant Justin Hyde Cervantes's Third Unopposed Motion to Continue Trial [Doc. 44]. On April 12, 2023, the Government obtained an indictment charging Defendant with one count of Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of Title 21, U.S.C. § 846; two counts of Distribution of Methamphetamine, in violation of Title 21, U.S.C. § 841(a)(1) and Title 18, U.S.C. § 2; and Possession with Intent to Distribute Methamphetamine, in violation of Title 18, U.S.C. § 2. [Doc. 1]. In his arraignment before the United States Magistrate Judge on December 14, 2023, Defendant entered a plea of not guilty as to all counts. [Doc. 14]. The Court previously granted Defendant a continuance on December 18, 2023, [Doc. 27] and another on February 21, 2024 [Doc. 43].

Defendant now requests a third continuance for the same reason as before: The amount of discovery is voluminous. [Doc. 44, p. 2]. Specifically, the discovery contains numerous audio and video recordings, cell phone extraction reports, and over 1,600 pages of reports and photos. [*Id.*]. So that counsel will have adequate time to continue reviewing discovery with Defendant Cervantes, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 44]. *See* [*id.*]. Accordingly, the Court **CONTINUES** this case to *June 24, 2024*, as "failure to grant . . . a continuance . . . would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i). The pretrial conference scheduled for April 10, 2024, is **CANCELED.**

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 28th day of March, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
